## UNITED STATES v. GRIGG, with three other cases.

Circuit Court of Appeals, Ninth Circuit. March 5, 1928.

Nos. 5261, 5264, 5263, 5262.

Army and navy ☞51½—Cause of action on policy of war risk insurance held barred, where statutory period expired before presentation of claim (Civil Code Ariz. 1913, par. 713).

Cause of action on policy of war risk insurance *held* barred, under Civil Code Ariz. 1913,

par. 713, where no claim for permanent total disability was made under policy to Director of Veterans' Bureau until after statutory period had expired.

In Error to the District Court of the United States for the District of Arizona.

Actions by James Walter Grigg, by one Wooten, by one Ledbetter, and by one Kent against the United States. Judgments for plaintiffs, and defendant brings error. Reversed.

John B. Wright, U. S. Atty., of Tucson, Ariz., and George R. Hill and G. Guy Axline, Asst. U. S. Attys., both of Phœnix, Ariz., and William Wolff Smith, C. L. Dawson, and Randolph C. Shaw, all of Washington, D. C., for the United States.

Stanley A. Jerman, of Phœnix, Ariz., for defendant in error Kent.

F. C. Struckmeyer, I. A. Jennings, and C. L. Strouss, all of Phœnix, Ariz., for other defendants in error.

Loy J. Molumby, of Great Falls, Mont., W. G. Beardslee, of Seattle, Wash., and Alvin Gerlack, of San Francisco, Cal., amici curiæ

PER CURIAM. The policy involved in this case lapsed for failure to pay premiums after February 1, 1919, unless the defendant in error was permanently and totally disabled prior to that date. No claim under the policy was made to the Director of the Veterans' Bureau until July 16, 1926, or until more than six years thereafter. The cause of action was therefore barred, and the judgment of the court below is reversed, on the authority of United States v. Sligh (No. 5260) 24 F.(2d) 636, just decided.

By stipulation of counsel, similar orders will be made in United States v. Wooten, No. 5264, United States v. Ledbetter, No. 5263, and United States v. Kent, No. 5262.